UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH MAHER,<br><br>Plaintiff,<br><br>v.<br><br>SACRMENTO COUNTY CORRECTIONAL HEALTH SERVICES,<br><br>Defendant. | No. 2:21-cv-0351 AC P<br><br><br>ORDER |

Plaintiff, a federal pretrial detainee[1] proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF Nos. 1, 2. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. See ECF No. 2. Accordingly, plaintiff's application will be stricken, and plaintiff will be provided the opportunity to submit the application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of his complaint.

////

////

---

[1] Plaintiff is currently housed at the Sacramento County Main Jail. See ECF No. 1 at 1.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send plaintiff a new Application to Proceed In Forma Pauperis By A Prisoner;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is STRICKEN without prejudice and pursuant to leave to file an in forma pauperis application on this court's form, and

3. Within thirty days of the date of this order, plaintiff shall file the completed in forma pauperis application along with a certified copy of his prisoner trust fund account statement.

Plaintiff is warned that failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: March 10, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE