UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH MAHER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SACRAMENTO COUNTY CORRECTIONAL HEALTH SERVICES,<br><br>　　　　Defendant. | No. 2:21-cv-0351 AC P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On November 4, 2022, plaintiff's complaint was screened, and the court directed plaintiff to file an amended complaint. ECF No. 12. Plaintiff was given thirty days to do so. Id. at 8.

　　　More than thirty days have passed, and plaintiff has neither complied with the court's order, nor communicated with the court in any way. As a result, within thirty days of the date of this order, plaintiff shall show cause why this action should not be dismissed for failure to prosecute and for failure to obey a court order. See Fed. R. Civ. P. 41(b); see also L.R. 110.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall inform the court why this matter should not be dismissed for failure to prosecute and for failure to obey a court order, and

2. The filing of an amended complaint within thirty days will serve to discharge this order to show cause.

Plaintiff is warned that failure to respond to this order within the time specified will result in a recommendation that this matter be dismissed.

DATED: June 16, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE