UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH MAHER, | No. 2:21-cv-0351 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY CORRECTIONAL HEALTH SERVICES, | |
| Defendant. | |

Plaintiff, a federal prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 12, 2023, the Magistrate Judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 15. Plaintiff has not filed objections to the findings and recommendations.

////

////

1

Although it appears from the file that Plaintiff's copy of the order was returned,[1] Plaintiff was properly served. It is the Plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued September 12, 2023 (ECF No. 15) are ADOPTED IN FULL, and

2. This action is DISMISSED without prejudice for failure to prosecute and failure to obey a court order. *See* Local Rule 110; Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated:  **November 1, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

mahe0351.800

---

[1] It should be noted that the instant findings and recommendations were issued after the court's June 2023 order to show cause (ECF No. 14) was also returned to the court as undeliverable.